IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Christopher Laronn Brown, #22139-057, )<br>　　　　　Petitioner, )<br>　　　　　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　　 )<br>　　　vs. 　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　　 )<br>Warden Mildred Rivera, FCI-Estill, 　　 )<br>　　　　　Respondent. 　　　　　　　　 ) | C.A. No.: 4:09-cv-02035-RBH<br><br>**ORDER** |

　　　　This matter is before the court for review of the Report and Recommendation of United States Magistrate Judge Thomas E. Rogers, III, made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 for the District of South Carolina.

　　　　The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. See 28 U.S.C. § 636(b)(1). "In the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" Diamond v. Colonial Life and Accident Ins. Co., 416 F.3d 310 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

1

Neither party filed objections to the Report and Recommendation.[1]  In the absence of objections to the Report and Recommendation of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the Report and Recommendation and the record in this case, the court finds no clear error.  Accordingly, the court adopts Magistrate Judge Rogers' Report and Recommendation and incorporates it herein.  It is therefore

**ORDERED** that the § 2241 petition is dismissed *without prejudice* and without requiring the Respondent to file an answer or return.

**IT IS SO ORDERED.**

                                                  s/ R. Bryan Harwell  
                                                  R. Bryan Harwell  
                                                  United States District Judge

Florence, South Carolina  
December 15, 2009

---

[1] The Report and Recommendation was placed in U.S. mail to the Petitioner on November 17, 2009.  The Petitioner's objections, if any, were due by December 4, 2009.