# UNITED STATES DISTRICT COURT
for the
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Christopher Laronn Brown<br>*Plaintiff*<br>v.<br>Warden Mildred Rivera<br>*Defendant* | )<br>)<br>)  Civil Action No. 4:09-cv-2035-RBH<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Accordingly, the court adopts Magistrate Judge Rogers' Report and Recommendation and incorporates it herein. It is therefore ORDERED that the § 2241 petition is dismissed without prejudice and without requiring the Respondent to file an answer or return.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge R. Bryan Harwell on ~~a motion for~~

Date: 12/15/2009

*CLERK OF COURT*

s/Debbie Stokes
*Signature of Clerk or Deputy Clerk*